# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| RAYE THERESA ZAMMIT,<br><br>    Plaintiff(s),<br><br>v.<br><br>RICHARD SOLOMONS, et al.,<br><br>    Defendant(s). | Case No. 2:21-cv-00738-JAD-NJK<br><br>**Order Dismissing Action** |
| TANYA RENEE ROBERSON,<br><br>    Plaintiff(s),<br><br>v.<br><br>FRANK GIUNTA,<br><br>    Defendant(s). | Case No. 2:21-cv-00740-JAD-NJK<br><br>**Order Dismissing Action** |
| AARON JOHN DEVRIES, et al.,<br><br>    Plaintiff(s),<br><br>v.<br><br>JASON MIKKELSEN,<br><br>    Defendant(s). | Case No. 2:21-cv-00741-JAD-NJK<br><br>**Order Dismissing Action** |
| ALESA LYN HART,<br><br>    Plaintiff(s),<br><br>v.<br><br>DAVID SIMON, et al.,<br><br>    Defendant(s). | Case No. 2:21-cv-00742-JAD-NJK<br><br>**Order Dismissing Action** |
| BAHAELDEEN JACKNOON,<br><br>    Plaintiff(s),<br><br>v.<br><br>FLORENCE J. ARM,<br><br>    Defendant(s). | Case No. 2:21-cv-00743-JAD-NJK<br><br>**Order Dismissing Action** |

| | |
|---|---|
| ALESA LYN HART,<br><br>        Plaintiff(s),<br><br>v.<br><br>PELICAN PLAZA MANAGEMENT COMPANY, LLC, et al.,<br><br>        Defendant(s). | Case No. 2:21-cv-00744-JAD-NJK<br><br>**Order Dismissing Action** |
| BARBARA J. STRUTHERS,<br><br>        Plaintiff(s),<br><br>v.<br><br>MORTON SCHAPIRO, et al.,<br><br>        Defendant(s). | Case No. 2:21-cv-00745-JAD-NJK<br><br>**Order Dismissing Action** |
| ALESA LYN HART,<br><br>        Plaintiff(s),<br><br>v.<br><br>NATHAN BENDERSON,<br><br>        Defendant(s). | Case No. 2:21-cv-00746-JAD-NJK<br><br>**Order Dismissing Action** |
| BECKY BARNES-BOERS,<br><br>        Plaintiff(s),<br><br>v.<br><br>FIRST STREET SCHOOL, et al.,<br><br>        Defendant(s). | Case No. 2:21-cv-00747-JAD-NJK<br><br>**Order Dismissing Action** |
| ALESA LYNN HART,<br><br>        Plaintiff(s),<br><br>v.<br><br>STEPHEN F. LOVELL,<br><br>        Defendant(s). | Case No. 2:21-cv-00748-JAD-NJK<br><br>**Order Dismissing Action** |

| BETTY J. BENNING,<br><br>Plaintiff(s),<br><br>v.<br><br>GARY C. MOHR, et al.,<br><br>Defendant(s). | Case No. 2:21-cv-00749-JAD-NJK<br><br>**Order Dismissing Action** |
|---|---|
| ELEANOR CLAIRE D'AMICO,<br><br>Plaintiff(s),<br><br>v.<br><br>RITE AID STORE #10640, MANAGER, et al.,<br><br>Defendant(s). | Case No. 2:21-cv-00751-JAD-NJK<br><br>**Order Dismissing Action** |
| ALESA LYN HART,<br><br>Plaintiff(s),<br><br>v.<br><br>ARNE SORENSON, et al.,<br><br>Defendant(s). | Case No. 2:21-cv-00752-JAD-NJK<br><br>**Order Dismissing Action** |
| ELEANOR CLAIRE D'AMICO,<br><br>Plaintiff(s),<br><br>v.<br><br>MACY'S GENERAL MANAGER, et al.,<br><br>Defendant(s). | Case No. 2:21-cv-00753-JAD-NJK<br><br>**Order Dismissing Action** |
| TENNILLE IRENE HOUSTON,<br><br>Plaintiff(s),<br><br>v.<br><br>BRIAN BEAN, et al.,<br><br>Defendant(s). | Case No. 2:21-cv-00754-JAD-NJK<br><br>**Order Dismissing Action** |

| | |
|---|---|
| AMORINE LEWIS,<br><br>        Plaintiff(s),<br><br>v.<br><br>ROSSMORE PARK HOA PRESIDENT, et al.,<br><br>        Defendant(s). | Case No. 2:21-cv-00755-JAD-NJK<br><br>**Order Dismissing Action** |
| ELEANOR CLARE D'AMICO,<br><br>        Plaintiff(s),<br><br>v.<br><br>U.S. POST OFFICE, MANAGER, et al.,<br><br>        Defendant(s). | Case No. 2:21-cv-00756-JAD-NJK<br><br>**Order Dismissing Action** |
| TERESA ANN MCCONNELL,<br><br>        Plaintiff(s),<br><br>v.<br><br>TERESA PARKHURST,<br><br>        Defendant(s). | Case No. 2:21-cv-00757-JAD-NJK<br><br>**Order Dismissing Action** |
| ELEANOR CLAIRE D'AMICO,<br><br>        Plaintiff(s),<br><br>v.<br><br>BED, BATH & BEYOND, et al.,<br><br>        Defendant(s). | Case No. 2:21-cv-00758-JAD-NJK<br><br>**Order Dismissing Action** |
| TERRI JAYNE READ,<br><br>        Plaintiff(s),<br><br>v.<br><br>HOLIDAY INN CLUB VACATIONS, et al.,<br><br>        Defendant(s). | Case No. 2:21-cv-00759-JAD-NJK<br><br>**Order Dismissing Action** |

4

| | |
|---|---|
| ELEANOR CLAIRE D'AMICO,<br><br>        Plaintiff(s),<br><br>v.<br><br>HUNTINGTON HOSPITAL, et al.,<br><br>        Defendant(s). | Case No. 2:21-cv-00760-JAD-NJK<br><br>**Order Dismissing Action** |
| AMY DEANNA HOOD,<br><br>        Plaintiff(s),<br><br>v.<br><br>JOHN C. MALONE, et al.,<br><br>        Defendant(s). | Case No. 2:21-cv-00761-JAD-NJK<br><br>**Order Dismissing Action** |
| ELEANOR CLARE D'AMICO,<br><br>        Plaintiff(s),<br><br>v.<br><br>WALT WHITMAN SHOPS, et al.,<br><br>        Defendant(s). | Case No. 2:21-cv-00762-JAD-NJK<br><br>**Order Dismissing Action** |
| THOMAS K. BEADLING,<br><br>        Plaintiff(s),<br><br>v.<br><br>JENNIFER CUTHBERT, et al.,<br><br>        Defendant(s). | Case No. 2:21-cv-00763-JAD-NJK<br><br>**Order Dismissing Action** |
| ANDY SEEMAN,<br><br>        Plaintiff(s),<br><br>v.<br><br>MATTHEW JOBLON, et al.,<br><br>        Defendant(s). | Case No. 2:21-cv-00764-JAD-NJK<br><br>**Order Dismissing Action** |

| | |
|---|---|
| ELEANOR CLAIRE D'AMICO, <br><br> Plaintiff(s), <br><br> v. <br><br> COSTCO WHOLESALE, et al., <br><br> Defendant(s). | Case No. 2:21-cv-00766-JAD-NJK <br><br> **Order Dismissing Action** |
| ELEANOR CLAIRE D'AMICO, <br><br> Plaintiff(s), <br><br> v. <br><br> THE HOME DEPOT, et al., <br><br> Defendant(s). | Case No. 2:21-cv-00767-JAD-NJK <br><br> **Order Dismissing Action** |
| ELEANOR CLAIRE D'AMICO, <br><br> Plaintiff(s), <br><br> v. <br><br> STOP & SHOP, et al., <br><br> Defendant(s). | Case No. 2:21-cv-00769-JAD-NJK <br><br> **Order Dismissing Action** |
| ELEANOR CLAIRE D'AMICO, <br><br> Plaintiff(s), <br><br> v. <br><br> STAPLES, et al., <br><br> Defendant(s). | Case No. 2:21-cv-00771-JAD-NJK <br><br> **Order Dismissing Action** |
| T.R.J., et al., <br><br> Plaintiff(s), <br><br> v. <br><br> MR. ANDREY KRUGLYKIN, et al., <br><br> Defendant(s). | Case No. 2:21-cv-00772-JAD-NJK <br><br> **Order Dismissing Action** |

| | |
|---|---|
| ANNE ELIZABETH FERRANTE,<br><br>      Plaintiff(s),<br><br>v.<br><br>SC INVESTMENTS LAS VEGAS INC., et al.,<br><br>      Defendant(s). | Case No. 2:21-cv-00774-JAD-NJK<br><br>**Order Dismissing Action** |
| C.C.H., et al.,<br><br>      Plaintiff(s),<br><br>v.<br><br>DELLCOR MANAGEMENT, INC.,<br><br>      Defendant(s). | Case No. 2:21-cv-00775-JAD-NJK<br><br>**Order Dismissing Action** |
| JENNIFER C. MUELLER,<br><br>      Plaintiff(s),<br><br>v.<br><br>TERRY MANUEL, et al.,<br><br>      Defendant(s). | Case No. 2:21-cv-00776-JAD-NJK<br><br>**Order Dismissing Action** |
| ANTHONY JOHN AMORELLO,<br><br>      Plaintiff(s),<br><br>v.<br><br>DOUGLAS A. KESSLER, et al.,<br><br>      Defendant(s). | Case No. 2:21-cv-00777-JAD-NJK<br><br>**Order Dismissing Action** |
| TRICHELE REESE,<br><br>      Plaintiff(s),<br><br>v.<br><br>TISHMAN SPEYER PROPERTIES, LP, et al.,<br><br>      Defendant(s). | Case No. 2:21-cv-00778-JAD-NJK<br><br>**Order Dismissing Action** |

| | |
|---|---|
| JOHN DONALD MESZAROS, et al., <br><br> Plaintiff(s), <br><br> v. <br><br> INTERVAL INTERNATIONAL, INC., et al., <br><br> Defendant(s). | Case No. 2:21-cv-00779-JAD-NJK <br><br> **Order Dismissing Action** |
| VALERIE BATCHELOR, et al., <br><br> Plaintiff(s), <br><br> v. <br><br> CHRISTOPHER J. NASSETTA, et al., <br><br> Defendant(s). | Case No. 2:21-cv-00780-JAD-NJK <br><br> **Order Dismissing Action** |
| CAROL A. WILLIAMS, <br><br> Plaintiff(s), <br><br> v. <br><br> EXTENDED STAY OF AMERICA ATLANTA MANAGER, et al., <br><br> Defendant(s). | Case No. 2:21-cv-00781-JAD-NJK <br><br> **Order Dismissing Action** |
| JOHN SMITH WILLIAMS, <br><br> Plaintiff(s), <br><br> v. <br><br> MICHAEL W. BRYANT, <br><br> Defendant(s). | Case No. 2:21-cv-00782-JAD-NJK <br><br> **Order Dismissing Action** |
| WILLIAM FREDERICK SAAR, <br><br> Plaintiff(s), <br><br> v. <br><br> STEVEN B. TANGER, et al., <br><br> Defendant(s). | Case No. 2:21-cv-00783-JAD-NJK <br><br> **Order Dismissing Action** |

| | |
|---|---|
| JUDY KAY KATZ,<br><br>        Plaintiff(s),<br><br>v.<br><br>MOLINE POST OFFICE POSTMASTER, et al.,<br><br>        Defendant(s). | Case No. 2:21-cv-00784-JAD-NJK<br><br>**Order Dismissing Action** |
| JULIE SIKORSKY,<br><br>        Plaintiff(s),<br><br>v.<br><br>DAVID JEFFREY, et al.,<br><br>        Defendant(s). | Case No. 2:21-cv-00785-JAD-NJK<br><br>**Order Dismissing Action** |
| JASON CLARK,<br><br>        Plaintiff(s),<br><br>v.<br><br>MOTORWORLD AUTOMOTIVE GROUP, INC., et al.,<br><br>        Defendant(s). | Case No. 2:21-cv-00786-JAD-NJK<br><br>**Order Dismissing Action** |
| JAMES MARTIN WOLF,<br><br>        Plaintiff(s),<br><br>v.<br><br>RICHARD SOLOMONS, et al.,<br><br>        Defendant(s). | Case No. 2:21-cv-00789-JAD-NJK<br><br>**Order Dismissing Action** |
| JAN SNELL HOUSTON,<br><br>        Plaintiff(s),<br><br>v.<br><br>WALMART SUPERCENTER MANAGER, et al.,<br><br>        Defendant(s). | Case No. 2:21-cv-00790-JAD-NJK<br><br>**Order Dismissing Action** |

9

| | |
|---|---|
| JAN SNELL HOUSTON,<br><br>Plaintiff(s),<br><br>v.<br><br>DEKALB REGIONAL MEDICAL CENTER, et al.,<br><br>Defendant(s). | Case No. 2:21-cv-00791-JAD-NJK<br><br>**Order Dismissing Action** |
| JANET J. MCALISTER,<br><br>Plaintiff(s),<br><br>v.<br><br>JACK MILLER, et al.,<br><br>Defendant(s). | Case No. 2:21-cv-00792-JAD-NJK<br><br>**Order Dismissing Action** |
| JANETTE PIRIE,<br><br>Plaintiff(s),<br><br>v.<br><br>DRD HOSPITALITY, INC., et al.,<br><br>Defendant(s). | Case No. 2:21-cv-00793-JAD-NJK<br><br>**Order Dismissing Action** |
| JASON CLARK,<br><br>Plaintiff(s),<br><br>v.<br><br>JOHN LILLY, M.D., et al.,<br><br>Defendant(s). | Case No. 2:21-cv-00794-JAD-NJK<br><br>**Order Dismissing Action** |
| JASON CLARK,<br><br>Plaintiff(s),<br><br>v.<br><br>PAUL J. WITT,<br><br>Defendant(s). | Case No. 2:21-cv-00795-JAD-NJK<br><br>**Order Dismissing Action** |

| | |
|---|---|
| ELEANOR CLAIRE D'AMICO,<br><br>          Plaintiff(s),<br><br>v.<br><br>KETEWOMOKE YACHT CLUB,<br><br>          Defendant(s). | Case No. 2:21-cv-00797-JAD-NJK<br><br>**Order Dismissing Action** |
| ELEANOR CLAIRE D'AMICO,<br><br>          Plaintiff(s),<br><br>v.<br><br>TOWN OF HUNTINGTON, NY, et al.,<br><br>          Defendant(s). | Case No. 2:21-cv-00798-JAD-NJK<br><br>**Order Dismissing Action** |
| ELEANOR CLARE D'AMICO,<br><br>          Plaintiff(s),<br><br>v.<br><br>KMART STORE #9381 MANAGER, et al.,<br><br>          Defendant(s). | Case No. 2:21-cv-00800-JAD-NJK<br><br>**Order Dismissing Action** |
| HEATHER RENEE NANCE,<br><br>          Plaintiff(s),<br><br>v.<br><br>DAVE KING, et al.,<br><br>          Defendant(s). | Case No. 2:21-cv-00801-JAD-NJK<br><br>**Order Dismissing Action** |
| HEATHER RENEE NANCE,<br><br>          Plaintiff(s),<br><br>v.<br><br>STEPHEN P. JOYCE, et al.,<br><br>          Defendant(s). | Case No. 2:21-cv-00802-JAD-NJK<br><br>**Order Dismissing Action** |

11

| | |
|---|---|
| DEBRA L. HUGHSON,<br><br>      Plaintiff(s),<br><br>v.<br><br>DAVID KONG, et al.,<br><br>      Defendant(s). | Case No. 2:21-cv-00803-JAD-NJK<br><br>**Order Dismissing Action** |
| DENNIS J. TROCCIOLA,<br><br>      Plaintiff(s),<br><br>v.<br><br>PRC GROUP, et al.,<br><br>      Defendant(s). | Case No. 2:21-cv-00804-JAD-NJK<br><br>**Order Dismissing Action** |
| DIANE QUACKENBUSH,<br><br>      Plaintiff(s),<br><br>v.<br><br>JOEY DECUFFA, et al.,<br><br>      Defendant(s). | Case No. 2:21-cv-00805-JAD-NJK<br><br>**Order Dismissing Action** |
| DOMINIC L. MAZZONE, JR.,<br><br>      Plaintiff(s),<br><br>v.<br><br>JANET MOLLEN, et al.,<br><br>      Defendant(s). | Case No. 2:21-cv-00806-JAD-NJK<br><br>**Order Dismissing Action** |
| ELEANOR CLAIRE D'AMICO,<br><br>      Plaintiff(s),<br><br>v.<br><br>KING KULLEN GENERAL MANAGER, et al.,<br><br>      Defendant(s). | Case No. 2:21-cv-00807-JAD-NJK<br><br>**Order Dismissing Action** |

| | |
|---|---|
| ELEANOR CLAIRE D'AMICO,<br><br>        Plaintiff(s),<br><br>v.<br><br>PRIME RESTAURANT MANAGER, et al.,<br><br>        Defendant(s). | Case No. 2:21-cv-00808-JAD-NJK<br><br>**Order Dismissing Action** |
| COREY ADAM HANSON,<br><br>        Plaintiff(s),<br><br>v.<br><br>MICHAEL BRINDSI, et al.,<br><br>        Defendant(s). | Case No. 2:21-cv-00809-JAD-NJK<br><br>**Order Dismissing Action** |
| CHRISTINA EARHEART,<br><br>        Plaintiff(s),<br><br>v.<br><br>RICHARD SOLOMONS,<br><br>        Defendant(s). | Case No. 2:21-cv-00810-JAD-NJK<br><br>**Order Dismissing Action** |
| GARTH A. LEONARD,<br><br>        Plaintiff(s),<br><br>v.<br><br>U.S. POSTAL SERVICES POSTMASTER, et al.,<br><br>        Defendant(s). | Case No. 2:21-cv-00811-JAD-NJK<br><br>**Order Dismissing Action** |
| CYNTHIA GATES,<br><br>        Plaintiff(s),<br><br>v.<br><br>WAYNE B. GOLDBERG, et al.,<br><br>        Defendant(s). | Case No. 2:21-cv-00812-JAD-NJK<br><br>**Order Dismissing Action** |

| | |
|---|---|
| GINA B. WILLIAMS,<br><br>       Plaintiff(s),<br><br>v.<br><br>ALEX C. CABANAS, et al.,<br><br>       Defendant(s). | Case No. 2:21-cv-00813-JAD-NJK<br><br>**Order Dismissing Action** |
| CYNTHIA GATES,<br><br>       Plaintiff(s),<br><br>v.<br><br>CARNIVAL CORPORATION & PLC, et al.,<br><br>       Defendant(s). | Case No. 2:21-cv-00814-JAD-NJK<br><br>**Order Dismissing Action** |
| DALE AUSTIN STOPP,<br><br>       Plaintiff(s),<br><br>v.<br><br>ANDY FOLEY,<br><br>       Defendant(s). | Case No. 2:21-cv-00815-JAD-NJK<br><br>**Order Dismissing Action** |
| DAVID ALAN FIELDSEND,<br><br>       Plaintiff(s),<br><br>v.<br><br>LA QUINTA HOLDINGS, et al.,<br><br>       Defendant(s). | Case No. 2:21-cv-00816-JAD-NJK<br><br>**Order Dismissing Action** |
| DAVID J. WHITE,<br><br>       Plaintiff(s),<br><br>v.<br><br>MICHEL T. REYNOLDS, et al.,<br><br>       Defendant(s). | Case No. 2:21-cv-00817-JAD-NJK<br><br>**Order Dismissing Action** |

14

| | |
|---|---|
| DAVID HIGGINBOTHAM,<br><br>      Plaintiff(s),<br><br>v.<br><br>FEDEX CORPORATION, et al.,<br><br>      Defendant(s). | Case No. 2:21-cv-00818-JAD-NJK<br><br>**Order Dismissing Action** |
| DAVID HIGGINBOTHAM,<br><br>      Plaintiff(s),<br><br>v.<br><br>CAROL Z. GARRISON, et al.,<br><br>      Defendant(s). | Case No. 2:21-cv-00819-JAD-NJK<br><br>**Order Dismissing Action** |
| DAVID HIGGINBOTHAM,<br><br>      Plaintiff(s),<br><br>v.<br><br>BIRMINGHAM CITY HALL, et al.,<br><br>      Defendant(s). | Case No. 2:21-cv-00820-JAD-NJK<br><br>**Order Dismissing Action** |
| KATHERINE MARY TROTTIER,<br><br>      Plaintiff(s),<br><br>v.<br><br>DAVID J.G. BLACKMORE, et al.,<br><br>      Defendant(s). | Case No. 2:21-cv-00821-JAD-NJK<br><br>**Order Dismissing Action** |
| KATHERINE MARY TROTTIER,<br><br>      Plaintiff(s),<br><br>v.<br><br>STEVE EASTERBROOK, et al.,<br><br>      Defendant(s). | Case No. 2:21-cv-00823-JAD-NJK<br><br>**Order Dismissing Action** |

| | |
|---|---|
| KELLY-ANN LARSON,<br><br>          Plaintiff(s),<br><br>v.<br><br>TRIPLE FIVE GROUP GHERMEZIAN BROTHERS,<br><br>          Defendant(s). | Case No. 2:21-cv-00824-JAD-NJK<br><br>**Order Dismissing Action** |
| KENNETH M. MERONEY,<br><br>          Plaintiff(s),<br><br>v.<br><br>CHRISTOPHER J. NASSETTA, et al.,<br><br>          Defendant(s). | Case No. 2:21-cv-00825-JAD-NJK<br><br>**Order Dismissing Action** |
| KENNETH MERONY,<br><br>          Plaintiff(s),<br><br>v.<br><br>CHRISTOPHER J. NASSETTA, et al.,<br><br>          Defendant(s). | Case No. 2:21-cv-00826-JAD-NJK<br><br>**Order Dismissing Action** |
| KRISTEN RICHMOND,<br><br>          Plaintiff(s),<br><br>v.<br><br>VALLEY VIEW ELEMENTARY SCHOOL,<br><br>          Defendant(s). | Case No. 2:21-cv-00827-JAD-NJK<br><br>**Order Dismissing Action** |
| LAURA BARTEL,<br><br>          Plaintiff(s),<br><br>v.<br><br>CHOICE HOTELS INTERNATIONAL, INC., et al.,<br><br>          Defendant(s). | Case No. 2:21-cv-00828-JAD-NJK<br><br>**Order Dismissing Action** |

| LAURA BARTEL,<br><br>       Plaintiff(s),<br><br>v.<br><br>BEST WESTERN CORPORATE OFFICE AND HEADQUARTERS, et al.,<br><br>       Defendant(s). | Case No. 2:21-cv-00829-JAD-NJK<br><br>**Order Dismissing Action** |
|---|---|
| LAURA BARTEL,<br><br>       Plaintiff(s),<br><br>v.<br><br>WYNDHAM WORLDWIDE CORPORATION, et al.,<br><br>       Defendant(s). | Case No. 2:21-cv-00830-JAD-NJK<br><br>**Order Dismissing Action** |
| LAURA BARTEL,<br><br>       Plaintiff(s),<br><br>v.<br><br>LA QUINTA HOLDINGS, et al.,<br><br>       Defendant(s). | Case No. 2:21-cv-00832-JAD-NJK<br><br>**Order Dismissing Action** |
| LAURA BETA GRABER,<br><br>       Plaintiff(s),<br><br>v.<br><br>U.S. POSTAL SERVICES, POSTMASTER GENERAL, et al.,<br><br>       Defendant(s). | Case No. 2:21-cv-00833-JAD-NJK<br><br>**Order Dismissing Action** |
| LAURA XIRENA GONZALEZ,<br><br>       Plaintiff(s),<br><br>v.<br><br>DANNY GUTIERREZ, SR., et al.,<br><br>       Defendant(s). | Case No. 2:21-cv-00834-JAD-NJK<br><br>**Order Dismissing Action** |

| | |
|---|---|
| LAURALEE TYLER,<br><br>     Plaintiff(s),<br><br>v.<br><br>BEAR MOUNTAIN STATE PARK, et al.,<br><br>     Defendant(s). | Case No. 2:21-cv-00836-JAD-NJK<br><br>**Order Dismissing Action** |
| LINDA SUE WITTUM,<br><br>     Plaintiff(s),<br><br>v.<br><br>TRAVIS JANTZEN, et al.,<br><br>     Defendant(s). | Case No. 2:21-cv-00838-JAD-NJK<br><br>**Order Dismissing Action** |
| LINK J. CHANEY,<br><br>     Plaintiff(s),<br><br>v.<br><br>JIMMY HENSON,<br><br>     Defendant(s). | Case No. 2:21-cv-00840-JAD-NJK<br><br>**Order Dismissing Action** |
| LUCRECIA PEREZ,<br><br>     Plaintiff(s),<br><br>v.<br><br>STUART D. GOLDSTEIN, et al.,<br><br>     Defendant(s). | Case No. 2:21-cv-00841-JAD-NJK<br><br>**Order Dismissing Action** |
| MARK ALLAN UNTERSCHER,<br><br>     Plaintiff(s),<br><br>v.<br><br>STEPHEN P. HOLMES, et al.,<br><br>     Defendant(s). | Case No. 2:21-cv-00842-JAD-NJK<br><br>**Order Dismissing Action** |

| | |
|---|---|
| MARK ALLAN UNTERSEHER,<br><br>        Plaintiff(s),<br><br>v.<br><br>HOLIDAY INN CLUB VACATIONS, et al.,<br><br>        Defendant(s). | Case No. 2:21-cv-00845-JAD-NJK<br><br>**Order Dismissing Action** |
| MARLA DEWALT SUMMEY,<br><br>        Plaintiff(s),<br><br>v.<br><br>ST. PAUL'S EPISCOPAL SCHOOL BOARD CHAIRMAN AND SCHOOL RECTOR, et al.,<br><br>        Defendant(s). | Case No. 2:21-cv-00846-JAD-NJK<br><br>**Order Dismissing Action** |
| MARLA DEWALT SUMMEY,<br><br>        Plaintiff(s),<br><br>v.<br><br>TAMMY WEBB, et al.,<br><br>        Defendant(s). | Case No. 2:21-cv-00847-JAD-NJK<br><br>**Order Dismissing Action** |
| MARY BETH ENGLUND,<br><br>        Plaintiff(s),<br><br>v.<br><br>KARYN HUEMOELLER, et al.,<br><br>        Defendant(s). | Case No. 2:21-cv-00849-JAD-NJK<br><br>**Order Dismissing Action** |
| PATRICK CHARLES PARKER,<br><br>        Plaintiff(s),<br><br>v.<br><br>JOHN ADAMS, et al.,<br><br>        Defendant(s). | Case No. 2:21-cv-00850-JAD-NJK<br><br>**Order Dismissing Action** |

| | |
|---|---|
| PAUL ALLEN TAYLOR,<br><br>    Plaintiff(s),<br><br>v.<br><br>GENE IMEL, et al.,<br><br>    Defendant(s). | Case No. 2:21-cv-00851-JAD-NJK<br><br>**Order Dismissing Action** |
| MARYANNE CHRISTINA PIENTA,<br><br>    Plaintiff(s),<br><br>v.<br><br>ANTHONY CLARK, et al.,<br><br>    Defendant(s). | Case No. 2:21-cv-00852-JAD-NJK<br><br>**Order Dismissing Action** |
| PAUL JAMES CAPASSO,<br><br>    Plaintiff(s),<br><br>v.<br><br>CHRIS ROUSSOS, et al.,<br><br>    Defendant(s). | Case No. 2:21-cv-00853-JAD-NJK<br><br>**Order Dismissing Action** |
| PAULINE VICTORIA AUGHE,<br><br>    Plaintiff(s),<br><br>v.<br><br>ALBERT JEYTE, et al.,<br><br>    Defendant(s). | Case No. 2:21-cv-00854-JAD-NJK<br><br>**Order Dismissing Action** |
| RICK SCHUSSLER,<br><br>    Plaintiff(s),<br><br>v.<br><br>STONEPINE HOA PRESIDENT, et al.,<br><br>    Defendant(s). | Case No. 2:21-cv-00855-JAD-NJK<br><br>**Order Dismissing Action** |

| | |
|---|---|
| ROBERT J. GARLOW,<br><br>      Plaintiff(s),<br><br>v.<br><br>RICHARD M. BRACKEN, et al.,<br><br>      Defendant(s). | Case No. 2:21-cv-00856-JAD-NJK<br><br>**Order Dismissing Action** |
| CONNIE CARR,<br><br>      Plaintiff(s),<br><br>v.<br><br>BERKLEY SOUTH CONDOMINIUM<br>ASSOCIATION, INC., et al.,<br><br>      Defendant(s). | Case No. 2:21-cv-00857-JAD-NJK<br><br>**Order Dismissing Action** |
| ROBERT WESLEY HENDERSON,<br><br>      Plaintiff(s),<br><br>v.<br><br>CRAIG M. NASH, et al.,<br><br>      Defendant(s). | Case No. 2:21-cv-00858-JAD-NJK<br><br>**Order Dismissing Action** |
| ROBIN FLYNN,<br><br>      Plaintiff(s),<br><br>v.<br><br>JOHN Z. KUKRAL, et al.,<br><br>      Defendant(s). | Case No. 2:21-cv-00859-JAD-NJK<br><br>**Order Dismissing Action** |
| RONALD LEE PENDLETON,<br><br>      Plaintiff(s),<br><br>v.<br><br>BIGLARI HOLDINGS, et al.,<br><br>      Defendant(s). | Case No. 2:21-cv-00860-JAD-NJK<br><br>**Order Dismissing Action** |

| | |
|---|---|
| MARY LOU MATHIS,<br><br>        Plaintiff(s),<br><br>v.<br><br>PAUL ALLEN, et al.,<br><br>        Defendant(s). | Case No. 2:21-cv-00861-JAD-NJK<br><br>**Order Dismissing Action** |
| MELINDA DIANE SCOTT,<br><br>        Plaintiff(s),<br><br>v.<br><br>ANNA LINNEY,<br><br>        Defendant(s). | Case No. 2:21-cv-00862-JAD-NJK<br><br>**Order Dismissing Action** |
| ROSEMARY RAMIREZ,<br><br>        Plaintiff(s),<br><br>v.<br><br>LA CAZE DEVELOPMENT COMPANY,<br>LLC, et al.,<br><br>        Defendant(s). | Case No. 2:21-cv-00863-JAD-NJK<br><br>**Order Dismissing Action** |
| CHARY LYNN HELTON,<br><br>        Plaintiff(s),<br><br>v.<br><br>MICHAEL JENSEN-SILVA, et al.,<br><br>        Defendant(s). | Case No. 2:21-cv-00864-JAD-NJK<br><br>**Order Dismissing Action** |
| MELISSA COFFEY,<br><br>        Plaintiff(s),<br><br>v.<br><br>AVA TOLUCA HILLS APARTMENTS,<br><br>        Defendant(s). | Case No. 2:21-cv-00865-JAD-NJK<br><br>**Order Dismissing Action** |

| | |
|---|---|
| CECIL E. BROWN,<br><br>        Plaintiff(s),<br><br>v.<br><br>BAL HARBOUR CHATEAUX CONDOMINIUM ASSOCIATION, INC., et al.,<br><br>        Defendant(s). | Case No. 2:21-cv-00866-JAD-NJK<br><br>**Order Dismissing Action** |
| CONNIE S. YUNA, et al.,<br><br>        Plaintiff(s),<br><br>v.<br><br>CAPITAL RESORTS OCEAN VIEW VACATION VILLAS, et al.,<br><br>        Defendant(s). | Case No. 2:21-cv-00867-JAD-NJK<br><br>**Order Dismissing Action** |
| MICHAEL C. LUCAS,<br><br>        Plaintiff(s),<br><br>v.<br><br>JEFFERSON COUNTY PUBLIC LIBRARY, et al.,<br><br>        Defendant(s). | Case No. 2:21-cv-00868-JAD-NJK<br><br>**Order Dismissing Action** |
| NANCY HENDLER,<br><br>        Plaintiff(s),<br><br>v.<br><br>ANDREW ALEXANDER, et al.,<br><br>        Defendant(s). | Case No. 2:21-cv-00869-JAD-NJK<br><br>**Order Dismissing Action** |
| NANCY HENDLER,<br><br>        Plaintiff(s),<br><br>v.<br><br>WAL-MART STORES, INC., et al.,<br><br>        Defendant(s). | Case No. 2:21-cv-00870-JAD-NJK<br><br>**Order Dismissing Action** |

| | |
|---|---|
| MICHAEL W. PARKS,<br><br>        Plaintiff(s),<br><br>v.<br><br>PATRICK H. HAMILL, et al.,<br><br>        Defendant(s). | Case No. 2:21-cv-00871-JAD-NJK<br><br>**Order Dismissing Action** |
| NANCY HENDLER,<br><br>        Plaintiff(s),<br><br>v.<br><br>GATOR TOWN INN,<br><br>        Defendant(s). | Case No. 2:21-cv-00872-JAD-NJK<br><br>**Order Dismissing Action** |
| MISTIE CORDES RODES,<br><br>        Plaintiff(s),<br><br>v.<br><br>DORIS VOITIER, et al.,<br><br>        Defendant(s). | Case No. 2:21-cv-00873-JAD-NJK<br><br>**Order Dismissing Action** |
| PATRICIA BRANDON,<br><br>        Plaintiff(s),<br><br>v.<br><br>INTERCONTINENTAL HOTELS GROUP<br>(IHG), et al.,<br><br>        Defendant(s). | Case No. 2:21-cv-00874-JAD-NJK<br><br>**Order Dismissing Action** |
| PATRICIA BRANDON,<br><br>        Plaintiff(s),<br><br>v.<br><br>SASSY HENRY, et al.,<br><br>        Defendant(s). | Case No. 2:21-cv-00875-JAD-NJK<br><br>**Order Dismissing Action** |

| | |
|---|---|
| MITCHELL E. NIHART SR.,<br><br>      Plaintiff(s),<br><br>v.<br><br>INDIANA BUREAU OF MOTOR VEHICLES, et al.,<br><br>      Defendant(s). | Case No. 2:21-cv-00876-JAD-NJK<br><br>**Order Dismissing Action** |
| SUSAN BRANDWEIN,<br><br>      Plaintiff(s),<br><br>v.<br><br>MEGAN J. BRENNAN, et al.,<br><br>      Defendant(s). | Case No. 2:21-cv-00877-JAD-NJK<br><br>**Order Dismissing Action** |
| STEVEN WAYNE SWEDBERG,<br><br>      Plaintiff(s),<br><br>v.<br><br>KEITH E. SMITH, et al.,<br><br>      Defendant(s). | Case No. 2:21-cv-00878-JAD-NJK<br><br>**Order Dismissing Action** |
| SHELLEY MICHELLE WRIGHT,<br><br>      Plaintiff(s),<br><br>v.<br><br>MARK B. ROSENBERG, et al.,<br><br>      Defendant(s). | Case No. 2:21-cv-00879-JAD-NJK<br><br>**Order Dismissing Action** |
| MITCHELL J. OELLRICH,<br><br>      Plaintiff(s),<br><br>v.<br><br>SIX FLAGS DISCOVERY KINGDOM,<br><br>      Defendant(s). | Case No. 2:21-cv-00880-JAD-NJK<br><br>**Order Dismissing Action** |

| | |
|---|---|
| SHELDON L. KRESLER, et al., <br><br> Plaintiff(s), <br><br> v. <br><br> POMPANO ATLANTIS CONDOMINIUM ASSOCIATION, INC., et al., <br><br> Defendant(s). | Case No. 2:21-cv-00881-JAD-NJK <br><br> **Order Dismissing Action** |
| SHARON L. TOWNSEND, <br><br> Plaintiff(s), <br><br> v. <br><br> BRUCE A. CORDINGLEY, et al., <br><br> Defendant(s). | Case No. 2:21-cv-00882-JAD-NJK <br><br> **Order Dismissing Action** |
| ROSEMARY SALES, <br><br> Plaintiff(s), <br><br> v. <br><br> BLACKSTONE GROUP, L.P., et al., <br><br> Defendant(s). | Case No. 2:21-cv-00883-JAD-NJK <br><br> **Order Dismissing Action** |
| MITCHELL J. OELLRICH, <br><br> Plaintiff(s), <br><br> v. <br><br> SILVER SMOKE AND LIQUOR STORE, <br><br> Defendant(s). | Case No. 2:21-cv-00884-JAD-NJK <br><br> **Order Dismissing Action** |
| SCOTT D. CHAFFEE, <br><br> Plaintiff(s), <br><br> v. <br><br> THE BLACKSTONE GROUP L.P., et al., <br><br> Defendant(s). | Case No. 2:21-cv-00886-JAD-NJK <br><br> **Order Dismissing Action** |

| | |
|---|---|
| STEVEN WAYNE SWEDBERG,<br><br>　　　　Plaintiff(s),<br><br>v.<br><br>IRWIN MOLASKY, et al.,<br><br>　　　　Defendant(s). | Case No. 2:21-cv-00887-JAD-NJK<br><br>**Order Dismissing Action** |
| SIMONE C. DUVEN,<br><br>　　　　Plaintiff(s),<br><br>v.<br><br>CRAIG M. NASH, et al.,<br><br>　　　　Defendant(s). | Case No. 2:21-cv-00888-JAD-NJK<br><br>**Order Dismissing Action** |
| JAMES MARTIN WOLF,<br><br>　　　　Plaintiff(s),<br><br>v.<br><br>RICHARD SOLOMONS, et al.,<br><br>　　　　Defendant(s). | Case No. 2:21-cv-00895-JAD-NJK<br><br>**Order Dismissing Action** |

These 133 cases were filed by Hank Falstad, an architect who identifies himself as a specialist in building construction that complies with the Americans with Disabilities Act. Though Falstad purports to be acting as the attorney for each of these individual plaintiffs, he isn't one. For each case, he also failed to pay the filing fee required to initiate a civil action in this court. Because non-lawyers may not file cases on behalf of others in federal court[1] and because these cases were all improperly commenced, this court issued an order in each case that gave each named plaintiff until June 7, 2021, to file a proper complaint signed on their own behalf or by a licensed attorney authorized to practice law in this court, and to pay the filing fee. No such action was taken, so the magistrate judge recommends that I dismiss these actions without prejudice. She also recommends in the first-filed of these cases, *Zammit v. Solomons*,

---

[1] *See* ECF No. 4 in each case (collecting authorities).

that Mr. Falstad be declared a vexatious litigant, limiting his ability to file future actions in such

an unauthorized representative capacity.[2]

      Falstad filed an objection to that report and recommendation for "all 140 cases filed in

the first week in May 2021."[3]   That objection fails to address any of the concerns or issues that

the magistrate judge raised in her recommendations.  Falstad also filed a supplemental

objection.[4]  It similarly skirts any issue relevant to the magistrate judge's recommendations.

Instead, Falstad demands rulings on these cases within 30 days, and he threatens to file another

"100 per month in 2021, 300 in 2022[,] and 500 in 2023."[5]  None of the named plaintiffs has

filed a complaint in response to the court's order.  No filing fee has been paid, and no application

to proceed in forma pauperis has been submitted.

      When a party objects to a magistrate judge's report and recommendation on a dispositive

issue, the district court must conduct a de novo review of the challenged findings and

recommendations.[6]  The district judge "may accept, reject, or modify, in whole or in part, the

findings or recommendations made by the magistrate judge," "receive further evidence," or

"recommit the matter to the magistrate judge with instructions."[7]  Having considered Falstad's

objection and supplemental objection, and after a de novo review, I overrule the objections and

adopt in full the magistrate judge's reports and recommendations.  Falstad's objections do not

identify any error in the magistrate judge's very narrow R&Rs.  They offer instead a rambling

exposition on "Who is Hank Falstad."[8]  And they reiterate his beliefs about the ADA, its history,

and how he has "designed these cases" to set up a "Federal Civil Rights Court" here in Las

---

[2] *See Zammit v. Solomons et al.*, 2:21-cv-00738-JAD-NJK, ECF No. 18 (vexatious-litigant report and recommendation).

[3] *See id.* at ECF No. 19 (objection).

[4] *See id.* at ECF No. 20 (supplemental objection).

[5] *Id.* at 2.

[6] Fed. R. Civ. P. 72(b); 28 U.S.C. § 636(b)(1)(B); Local Rule IB 3-2(b) (requiring a district judge to review de novo only the portions of a report and recommendation addressing a case-dispositive issue that a party objects to).

[7] 28 U.S.C. § 636(b)(1).

[8] *See Zammit v. Solomons et al.*, 2:21-cv-00738-JAD-NJK, ECF No. 19 at 1.

1   Vegas, where he lives.  In this new system, "Justice Clarence Thomas needs to represent the

2   Supreme Court as the longest sitting Justice."[9]

3          Despite Falstad's objections, all of the fatal defects with these cases remain uncured.

4   Because he is not an attorney, the law does not permit him to file lawsuits on behalf of others.[10]

5   But he continues to believe that he may—and should—champion these cases in a representative

6   capacity.  Federal Rule of Civil Procedure 11(a) requires a complaint initiating a case to be

7   signed by the plaintiff herself of by her attorney, but the complaints in these cases are signed by

8   Falstad.  And the filing fees for these scores of cases remain unpaid.  Falstad offers no reason

9   why these defects should not result in the dismissal of all of these actions.  Even more, Falstad's

10  objections further bolster the magistrate judge's recommendation that he be declared a vexatious

11  litigant subject to a prefiling injunction because they confirm that he fully intends to continue to

12  engage in—and even ramp up exponentially—his unauthorized practice of law on a mass scale.[11]

13         IT IS THEREFORE ORDERED that **the Magistrate Judge's Report and**

14  **Recommendation to dismiss each of these 133**[12] **cases is ADOPTED in its entirety**, and

15  Falstad's Objection and Supplemental Objection to that Report and Recommendation are

16  OVERRULED.  These cases are DISMISSED without prejudice for failure to pay the filing fee

17  or file an application to proceed in forma pauperis, and for failure of the named plaintiffs to file a

18  properly signed complaint as required by FRCP 11(a), all in violation of the court's order.  **The**

19  **Clerk of Court is directed to ENTER JUDGMENT ACCORDINGLY and CLOSE THESE**

20  **CASES.**

21

22

23  [9] *See id.*, ECF No. 20 at 2.

24  [10] 28 U.S.C. § 1654; *see also Simon v. Hartford Life, Inc.*, 546 F.3d 661, 664–65 (9th Cir. 2008)
    (collecting cases regarding prohibition of non-lawyers representing others); Nev. Rev. Stat. §

25  7.285 (addressing the unauthorized practice of law in Nevada).

26  [11] Indeed, several of his named plaintiffs have already reached out the court to have their cases
    dismissed, emphasizing that they never authorized him to sue on their behalf.  *See Zammit v.*

27  *Solomons et al.*, 2:21-cv-00738-JAD-NJK, ECF No. 18 at 2–3 (collecting cases).

28  [12] This order does not address *Alyesa Lyn Hart v. Mary Dillon*, Case No. 2:21-cv-00750-APG-
    NJK, which has been assigned to another district judge.

1    IT IS FURTHER ORDERERED **that the magistrate judge's Report and**

2  **Recommendation for Hank Falstad to be declared a vexatious litigant** [*Zammit v. Solomons*

3  *et al.*, 2:21-cv-00738-JAD-NJK, ECF No. 18] **is ADOPTED in its entirety**, and Falstad's

4  objections thereto [*Zammit v. Solomons et al.*, 2:21-cv-00738-JAD-NJK, ECF Nos. 19, 20] are

5  OVERRULED.  IT IS HEREBY ORDERED that **Hank Falstad is declared a vexatious**

6  **litigant**.  The Clerk of Court is directed not to accept for filing any complaint submitted by Mr.

7  Falstad that is not signed by the named plaintiff or a licensed attorney for the named plaintiff, or

8  with which no filing fee is submitted or an application to proceed in forma pauperis is submitted

9  for contemporaneous filing, unless he first obtains leave from a judge of this court.  Before Mr.

10  Falstad may initiate such an action, he must first file a motion for leave to file a complaint.  Mr.

11  Falstad must submit a copy of this vexatious-litigant order and a copy of the proposed complaint

12  with any such motion.  If the court does not grant Mr. Falstad written permission to file such a

13  complaint within 30 days of the date of such motion, permission will be deemed denied.

14    IT IS FURTHER ORDERED that Falstad's **motions for attorney's fees are DENIED**

15  because he is not an attorney, these cases have now been dismissed, and the court in its

16  discretion finds that the requested award is not warranted.

17

18  _____

19  U.S. District Judge Jennifer A. Dorsey
    Dated: August 17, 2021

20

21

22

23

24

25

26

27

28